**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY a/s/o Brittany Akins**                                   **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:22-CV-75-GHD-RP**

**UNITED STATES OF AMERICA**                                      **DEFENDANT**

### ORDER OF DISMISSAL

In accordance with the parties' agreed Stipulation of Dismissal submitted on

September 6, 2022, the court finds that this case should be **DISMISSED WITH**

**PREJUDICE.** Each party is to bear its own costs and attorney fees except as otherwise

agreed.

**SO ORDERED AND ADJUDGED**, this, the _6th_ day of September, 2022.


_____

SENIOR U.S. DISTRICT JUDGE